GUSSIE ROSENBLUM, Appellant, *v.* JOSEPH T. HIGGINS, Individually and as Sheriff of the County of New York, Respondent.

(Submitted May 31, 1934; decided July 3, 1934.)

*H. Eliot Kaplan* and *Meyer Kivowitz* for appellant. *John Caldwell Myers* and *Hugh B. Archer* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative. Other questions certified not answered. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.